UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEONG-SUK NO,

                Plaintiff,

       -against-

USPS/USPO,

                Defendant.

1:19-CV-11672 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 9, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit an amended request to proceed *in forma pauperis* (IFP application) or pay the $400.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 3.)

SO ORDERED.

Dated:   March 9, 2020
          New York, New York

                                        COLLEEN McMAHON
                                      Chief United States District Judge